2511-CC01319

Electronically Filed - ST CHARLES CIRCUIT DIV - September 22, 2025 - 11:20 AM

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
STATE OF MISSOURI

AMAYA CONTRACTING, LLC )
)
Plaintiff, )
)
vs. )
)
THE UNITED STATES OF AMERICA, )
ON BEHALF OF ITS AGENCY, )
THE INTERNAL REVENUE SERVICE )
)
Serve: U.S. Attorney Thomas C. Albus )
Thomas Eagleton U.S. Courthouse )
111 S. 10th Street, 20th Floor )
St. Louis, Missouri 63102 )
)
Defendant. )

**PETITION**

COMES NOW Plaintiff Amaya Contracting, LLC ("Amaya"), by and through counsel, and alleges as follows:

1. Amaya is a limited liability company.

2. Amaya exists under Missouri law.

3. Defendant the United States of America ("USA") acts on behalf of its agency the Internal Revenue Service ("the IRS").

4. This Court has personal jurisdiction over the USA and IRS.

5. This Court has subject matter jurisdiction over Amaya's claim.

6. Venue in this Court is appropriate.

7. There exists in St. Charles County, Missouri a parcel of realty commonly known as 200 Northlind Drive, Defiance, Missouri, 63341 ("the Property").

8. The Property's legal description is:

Electronically Filed - ST CHARLES CIRCUIT DIV - September 22, 2025 - 11:20 AM

**LOT 1 OF RIDGECREEK ESTATES, A SUBDIVISION IN THE COUNTY OF SAINT CHARLES, MISSOURI, ACCORIDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 34, PAGE 74 OF THE SAINT CHARLES COUNTY RECORDS.**

9. On April 23, 2018, Robert Tieman conveyed the Property to Jose and Karla Ponce, husband and wife, ("the Ponces") via general warranty deed ("the Tieman-Ponces Deed").

10. The Tieman-Ponces Deed was recorded in the St. Charles County, Missouri Recorder of Deeds office on May 1, 2018, at Book DE6912, Page 1410.

11. Exhibit 1 hereto is a true and correct copy of the Tieman-Ponces Deed as recorded.

12. When the Ponces acquired the Property, it was vacant land.

13. The Ponces had architectural plans drawn for a custom home, but they never constructed any improvements on the Property.

14. Upon information and belief, the IRS assessed taxes against Jose Ponce on March 30, 2015, November 21, 2016, March 11, 2019, and May 13, 2019 ("the Assessments"), allegedly creating unperfected liens against the Property.

15. On or about August 1, 2019, the Ponces and Amaya entered into an agreement whereby Amaya would purchase the Property and the Ponces' architectural plans for $270,000.

16. When Amaya entered into the agreement, it lacked knowledge and notice of the Assessments.

17. Prior to November 12, 2019, Amaya tendered $270,000 to the Ponces, thereby acquiring equitable title to the Property.

18. Prior to November 12, 2019, the Ponces delivered possession of the Property to Amaya.

Electronically Filed - ST CHARLES CIRCUIT DIV - September 22, 2025 - 11:20 AM

19. Prior to November 12, 2019, Amaya began to construct a custom home on the Property.

20. Prior to November 12, 2019, Amaya acquired equitable title to the Property free and clear of the Assessments.

21. Despite Amaya having tendered the purchase price as agreed and having acquired possession of the Property, the Ponces initially failed to deliver a deed to the Property to Amaya.

22. On November 12, 2019, the IRS recorded a Notice of Federal Tax Lien ("the IRS Notice") at Book DE7179, Page 2396, in the St. Charles County, Missouri Recorder of Deeds office, referencing the Assessments, claiming a balance due of $238,816.40, and purportedly perfecting a lien against the Property.

23. Exhibit 2 hereto is a true and correct copy of the IRS Notice.

24. The IRS Notice did not attach to the Property because Amaya had already acquired equitable title thereto and Amaya's possession and improvement of the Property would have caused a reasonable person to inquire and discover its equitable title.

25. On March 30, 2021, and only after Amaya sued the Ponces, the Ponces finally delivered a general warranty deed for the Property to Amaya ("the Ponces-Amaya Deed").

26. Exhibit 3 hereto is a true and correct copy of the Ponces-Amaya Deed.

27. The Ponces-Amaya Deed was recorded on April 20, 2021, as document number 2021R-034433 in the St. Charles County, Missouri Recorder of Deeds office.

28. Amaya owns the Property free and clear of the Assessments and IRS Notice.

29. Based upon the Assessments and/or IRS Notice, the USA and/or the IRS may claim some right, title, or interest in the Property that is adverse to Amaya's ownership.

Electronically Filed - ST CHARLES CIRCUIT DIV - September 22, 2025 - 11:20 AM

WHEREFORE, Amaya prays this Court for Judgment in its favor and against the USA and the IRS and for this Court's entry of a written Judgment that (a) quiets title to the Property in Amaya's name free and clear of the Assessments and IRS Notice; (b) awards Amaya its fees and costs incurred herein; and (c) grants such other and further relief that this Court deems just and proper.

Respectfully submitted,

EVANS & DIXON, LLC

*/s/ Shawn T. Briner*

Shawn T. Briner, #47286
Joshua M. Crow, #74152
424 S. Woods Mill Road, Suite 330
Chesterfield, Missouri 63017
Telephone: (314) 478-7227
Facsimile: (314) 884-4460
sbriner@evans-dixon.com
jcrow@evans-dixon.com
*Attorneys for Amaya Contracting, LLC*

**Rule 55.03(a) Certification**

The undersigned certifies that they affixed their electronic signature to the original copy of this pleading.

*/s/ Shawn T. Briner*



Not an Official Court Document

Electronically Filed - ST CHARLES CIRCUIT DIV - September 22, 2025 - 11:20 AM

2511-CC01319

201805010000238220 W D
Bk:DE6912 Pg:1410
05/01/2018 02:09:38 PM 1/3
$27.00
CERTIFIED-FILED FOR RECORD
Barbara J. Hall
Recorder of Deeds
St. Charles County, Missouri
BY:MKIMBLE

Not an Official Court Document

GENERAL WARRANTY DEED

DATE OF DOCUMENT: 04/23/18

BORROWER / GRANTOR: ROBERT P TIEMAN, A SINGLE PERSON

GRANTOR ADDRESS: 200 Northlind Dr Defiance, MO 63341

LENDER / GRANTEE: JOSE PONCE AND KARLA PONCE, HUSBAND AND WIFE

GRANTEE'S ADDRESS: 200 NORTHLIND DR DEFIANCE MO 63341

LEGAL DESCRIPTION: Lot 1 of Ridgecreek Estates, as per plat thereof recorded in Plat Book 34 page 74 of the St Charles County Records.

REFERENCE BOOK AND PAGE, IF REQUIRED:

*Chesterfield Title Agency, LLC*
*14430 Clayton Road*
*St. Louis, MO 63011*
18-1463

EXHIBIT 1

20180501000238220 2/3
Bk:DE6912 Pg:1411
Electronically Filed - ST CHARLES CIRCUIT DIV - September 22, 2025 - 11:20 AM

Chesterfield Title Agency, LLC
File No. 18-1463

# Missouri General Warranty Deed

**This Indenture**, Made on 23 day of April, 2018, by and between

**ROBERT P TIEMAN, A SINGLE PERSON,**
as GRANTOR, and

**JOSE PONCE AND KARLA PONCE, HUSBAND AND WIFE,**

as GRANTEE, whose mailing address is: **200 NORTHLIND DR**
**DEFIANCE, MO 63341**

Property Address: **200 NORTHLIND DR, DEFIANCE, MO 63341**

WITNESSETH: THAT THE GRANTOR, in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby Grant, Bargain, Sell, Convey and Confirm unto GRANTEE, GRANTEE'S heirs and assigns, the following described lots, tracts and parcels of land situated in the County of **ST. CHARLES** and State of **Missouri**, to wit:

**Lot 1 of Ridgecreek Estates, as per plat thereof recorded in Plat Book 34 page 74 of the St Charles County Records.**

Subject to easements, restrictions, reservations, and covenants of record, if any.

TO HAVE AND TO HOLD The premises aforesaid with all singular, the rights, privileges, appurtenances and immunities thereto belonging or in any wise appertaining unto GRANTEE and unto GRANTEE'S heirs and assigns forever; the GRANTOR hereby covenanting that GRANTOR is lawfully seized of an indefeasible estate in fee of the premises herein conveyed; that GRANTOR has good right to convey the same; that the said premises are free and clear from any encumbrance done or suffered by GRANTOR or those under whom GRANTOR claims, except as stated above and except for all taxes assessments, general and special, not now due and payable, and that GRANTOR will warrant and defend the title to the said premises unto GRANTEE and unto GRANTEE'S heirs and assigns forever, against the lawful claims and demands of all persons whomsoever. If two or more persons constitute the GRANTOR or GRANTEE, the words GRANTOR and GRANTEE will be construed to read

GRANTORS and GRANTEES whenever the sense of this Deed requires.

IN WITNESS WHEREOF, The GRANTOR has hereunto executed this instrument on the day and year above written.

ROBERT P TIEMAN

In The State of Missouri, County of St Charles, on this 23rd day of April, 2018, before me, the undersigned, a Notary Public in and for said County and State, personally appeared
**ROBERT P TIEMAN**
to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed, and the said further declared that she is unmarried.

Witness my hand and Notarial Seal subscribed and affixed in said County and State, the day and year in this certificate above written.

Notary Public

My Term Expires: 5/11/19

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI
ASHLEY PYEATT
My Commission Expires
May 11, 2019
Lincoln County
Commission #15635375

Electronically Filed - ST CHARLES CIRCUIT DIV - September 22, 2025 - 11:20 AM

2511-CC01319

Electronically Filed - ST CHARLES CIRCUIT DIV - September 22, 2025 - 11:20 AM

18331

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

10-31-2019

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #4
Lien Unit Phone: (800) 829-3903

Serial Number
390009919

For Optional Use by Recording Office

20191112000644980 TAX L
Bk:DE7179 Pg:2396
11/12/2019 10:28:35 AM 1/1

CERTIFIED-FILED FOR RECORD
Mary E. Dempsey
Recorder of Deeds
St. Charles County, Missouri
BY:CGRAF $3.00

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer JOSE R PONCE

Residence 262 CHESTNUT HILL DR
OFALLON, MO 63368-6344

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2013 | XXX-XX-2215 | 03/30/2015 | 04/29/2025 | 715.53 |
| 1040 | 12/31/2015 | XXX-XX-2215 | 11/21/2016 | 12/21/2026 | 19813.88 |
| 1040 | 12/31/2016 | XXX-XX-2215 | 03/11/2019 | 04/10/2029 | 18909.05 |
| 1040 | 12/31/2017 | XXX-XX-2215 | 05/13/2019 | 06/12/2029 | 199377.94 |

Place of Filing
Recorder of Deeds
St. Charles County
St. Charles, MO 63301

Total $ 238816.40

This notice was prepared and signed at CHICAGO, IL, on this,

the 31st day of October, 2019.

Signature [signature]
for G.J. CARTER-LOUIS

Title
ACS SBSE 24-00-0008
(800) 829-3903

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Description: St Charles,MO Document - Book.Page 7179.2396 Page: 1 of 1
Order: 234234 Comment:

EXHIBIT 2

Not an Official Court Document

2511-CC01319

Electronically Filed - ST CHARLES CIRCUIT DIV - September 22, 2025 - 11:20 AM

2021R-034433
04/20/2021 08:09:30 AM
$ 24.00
PAGES: 2
CERTIFIED-FILED FOR RECORD
MARY E. DEMPSEY
RECORDER OF DEEDS
ST. CHARLES COUNTY, MISSOURI
BY: MKIMBLE
*ELECTRONICALLY RECORDED*

Not an Official Court Document

## GENERAL WARRANTY DEED (Individual)

**THIS DEED**, Made and entered into this 30th day of March, 2021, by and between:

**JOSE PONCE & KARLA PONCE, HUSBAND & WIFE**, of the County of St. Charles, State of Missouri, as Grantors and Parties of the First Part, and

**AMAYA CONTRACTING, LLC**, a Missouri Limited Liability Company, located at 1240 Cashmere Lane, St. Peters, Missouri 63376, of the County of St. Charles, State of Missouri, as Grantee and Party of the Second Part.

**WITNESSETH**, that the said party or parties of the first part, for and in consideration of the sum of One Dollar and other valuable considerations paid by the said party or parties of the second part, the receipt of which is hereby acknowledged, does or do by these presents **REMISE, RELEASE WARRANT AND DEFEND** unto the said party or parties of the second part, the following described Real Estate, situated in the County ofSt. Charles & the State of Missouri, to-wit:

**Lot 1 of Ridgecreek Estates, a Subdivision in the County of Saint Charles, Missouri, according to the plat thereof recorded in Plat Book 34, Page 74 of the Saint Charles County Records**

**TO HAVE AND TO HOLD** the same, together with all rights and appurtenances to the same belonging, unto the said party or parties of the second part, and to the heirs and assigns of such party or parties forever. So that neither the said party or parties of the first part, nor their heirs, nor any other person or persons for them or in their names or behalf, shall or will hereafter claim or demand any right or title to the aforesaid premises, or any part thereof, but they and every one of them shall, by these presents, be excluded and forever barred.

**IN WITNESS WHEREOF**, the said party or parties of the first part has or have hereunto set their hand or hands the day and year first above written.

______________________________
**JOSE PONCE**

______________________________
**KARLA PONCE**

EXHIBIT 3

Electronically Filed - ST CHARLES CIRCUIT DIV - September 22, 2025 - 11:20 AM

**NOTARY PUBLIC**

ON THIS 30th day of March, 2021, in the County of St. Louis, State of Missouri, before me appeared Jose Ponce and Karla Ponce, Husband & Wife, to me personally known, who, being by me duly sworn, did say that they executed this instrument as their free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

Notary Public [signature] My term expires: Oct. 14, 2023

KRISTIN NICHOLE MAYFIELD-KILLINGSWORTH
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 19106870
My Commission Expires Oct 14, 2023

Not an Official Court Document

# Summons in Civil Case

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>BRITTNEY R SMITH | **Case Number: 2511-CC01319** | |
| Plaintiff/Petitioner:<br>AMAYA CONTRACTING, LLC<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>SHAWN THOMAS BRINER<br>424 SOUTH WOODS MILL ROAD<br>SUITE 330<br>CHESTERFIELD, MO 63017 | |
| Defendant/Respondent:<br>THE UNITED STATES OF AMERICA, ON BEHALF OF AGENCY, THE IRS | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO 63301 | |
| Nature of Suit:<br>CC Quiet Title | | (Date File Stamp for Return) |

**The State of Missouri to: THE UNITED STATES OF AMERICA, ON BEHALF OF AGENCY, THE IRS**
**Alias:**

**U.S. ATTORNEY THOMAS C. ALBUS**
**111 S. 10TH STREET, 20TH FLOOR**
**ST. LOUIS, MO 63102**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. CHARLES COUNTY***

| | |
|---|---|
| 24-SEP-2025 | /S/ CHERYL CROWDER |
| Date | Clerk |

**Further Information:**

Not an Official Court Document

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
______________________________ (name) ______________________________ (title).

☐ other: ______________________________________________.

Served at ______________________________________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date)

at ______________ (time).

______________________________ ______________________________
Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________ (date).

*(Seal)*
My commission expires: ______________ ______________________
Date Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $______________ |
| Non Est | $______________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $______________ (_______ miles @ $._______ per mile) |
| **Total** | $______________ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Not an Official Court Document

Electronically Filed - ST CHARLES CIRCUIT DIV - October 02, 2025 - 10:41 AM

# Summons in Civil Case

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>BRITTNEY R SMITH | Case Number: 2511-CC01319 | |
| Plaintiff/Petitioner:<br>AMAYA CONTRACTING, LLC<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>SHAWN THOMAS BRINER<br>424 SOUTH WOODS MILL ROAD<br>SUITE 330<br>CHESTERFIELD, MO 63017 | |
| Defendant/Respondent:<br>THE UNITED STATES OF AMERICA, ON BEHALF OF AGENCY, THE IRS | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO 63301 | |
| Nature of Suit:<br>CC Quiet Title | | (Date File Stamp for Return) |

**The State of Missouri to: THE UNITED STATES OF AMERICA, ON BEHALF OF AGENCY, THE IRS**
**Alias:**

**U.S. ATTORNEY THOMAS C. ALBUS**
**111 S. 10TH STREET, 20TH FLOOR**
**ST. LOUIS, MO 63102**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

CIRCUIT COURT OF MISSOURI

***ST. CHARLES COUNTY***

24-SEP-2025
Date

/S/ CHERYL CROWDER
Clerk

**Further Information:**

Not an Official Court Document

Electronically Filed - ST CHARLES CIRCUIT DIV - October 02, 2025 - 10:41 AM

Case Number: 2511-CC01319

## Officer's or Server's Return

**Note to serving officer:** Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☑ (for service on a corporation) delivering a copy of the summons and petition to:

Kimi Harry (name) legal recep (title).

☐ other: ______________________.

Served at 111 So 10th St. #2000 (address)

in (County/City of St. Louis), MO, on 10/1/25 (date)

at 11:30 AM (time).

LYNN WEBBE
Printed Name of Officer or Server

[signature]
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ ______________
Date Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $______ |
| Non Est | $______ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $______ (______ miles @ $______ per mile) |
| **Total** | $______ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



Not an Official Court Document