**2511-CC01319**

Electronically Filed - ST CHARLES CIRCUIT DIV - September 22, 2025 - 11:20 AM

**2021R-034433**

**04/20/2021 08:09:30 AM**
**$ 24.00**
**PAGES: 2**
**CERTIFIED-FILED FOR RECORD**
**MARY E. DEMPSEY**
**RECORDER OF DEEDS**
**ST. CHARLES COUNTY, MISSOURI**
**BY: MKIMBLE**
***ELECTRONICALLY RECORDED***

Not an Official Court Document

**GENERAL WARRANTY DEED (Individual)**

**THIS DEED**, Made and entered into this 30th day of March, 2021, by and between:

**JOSE PONCE & KARLA PONCE, HUSBAND & WIFE**, of the County of St. Charles, State of Missouri, as Grantors and Parties of the First Part, and

**AMAYA CONTRACTING, LLC**, a Missouri Limited Liability Company, located at 1240 Cashmere Lane, St. Peters, Missouri 63376, of the County of St. Charles, State of Missouri, as Grantee and Party of the Second Part.

**WITNESSETH**, that the said party or parties of the first part, for and in consideration of the sum of One Dollar and other valuable considerations paid by the said party or parties of the second part, the receipt of which is hereby acknowledged, does or do by these presents **REMISE, RELEASE WARRANT AND DEFEND** unto the said party or parties of the second part, the following described Real Estate, situated in the County ofSt. Charles & the State of Missouri, to-wit:

**Lot 1 of Ridgecreek Estates, a Subdivision in the County of Saint Charles, Missouri, according to the plat thereof recorded in Plat Book 34, Page 74 of the Saint Charles County Records**

**TO HAVE AND TO HOLD** the same, together with all rights and appurtenances to the same belonging, unto the said party or parties of the second part, and to the heirs and assigns of such party or parties forever. So that neither the said party or parties of the first part, nor their heirs, nor any other person or persons for them or in their names or behalf, shall or will hereafter claim or demand any right or title to the aforesaid premises, or any part thereof, but they and every one of them shall, by these presents, be excluded and forever barred.

**IN WITNESS WHEREOF**, the said party or parties of the first part has or have hereunto set their hand or hands the day and year first above written.

______________________________
**JOSE PONCE**

______________________________
**KARLA PONCE**

EXHIBIT 3

Electronically Filed - ST CHARLES CIRCUIT DIV - September 22, 2025 - 11:20 AM

**NOTARY PUBLIC**

ON THIS 30th day of March, 2021, in the County of St. Louis, State of Missouri, before me appeared Jose Ponce and Karla Ponce, Husband & Wife, to me personally known, who, being by me duly sworn, did say that they executed this instrument as their free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

Notary Public Kristin Nichole Mayfield-Killingsworth My term expires: Oct. 14, 2023

KRISTIN NICHOLE MAYFIELD-KILLINGSWORTH
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 19106870
My Commission Expires Oct 14, 2023

Not an Official Court Document